## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JESSE ANDERSON                                                                                      PLAINTIFF

v.                                              Case No: 4:25-cv-00467-LPR

C. WATKINS, et al.                                                                                 DEFENDANTS

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 11).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The RD says that "Plaintiff made no allegations of fact against any named Defendant."  *See* Doc. 11 at 4.  The RD is correct because the allegations relevant to Plaintiff Anderson are only those on page 14 of Doc. 1.  The Court acknowledges that other Plaintiffs have specifically identified some Defendants and attributed acts or omissions to them.  But that is not relevant to Plaintiff's claim.  Plaintiff could have, but chose not to, amend his claim.